1  Marc Van Der Hout (California Bar # 80778)
   Beth Feinberg (California Bar # 240857)
2  Van Der Hout, Brigagliano & Nightingale, LLP
   180 Sutter Street, Fifth Floor
3  San Francisco, California 94104
   Telephone: (415) 981-3000
4  Facsimile: (415) 981-3003
   Email: ndca@vblaw.com
5
   Attorneys for Petitioner
6  Yihong GONG

7

8              UNITED STATES DISTRICT COURT FOR THE

9                NORTHERN DISTRICT OF CALIFORNIA

10                      SAN JOSE DIVISION

11                                                        **JW**

   Yihong GONG                        C 07    4    Case No.
12
        Petitioner,
13                                              **DECLARATION OF BETH
             v.                                 FEINBERG IN SUPPORT OF
14                                              PETITION FOR
   Frank SICILIANO, in his Official Capacity, Field   **NATURALIZATION PURSUANT
15  Office Director, U.S. Citizenship and Immigration  TO 8 U.S.C. § 1447(b)**
   Services, U.S. Department of Homeland Security, San
16  Jose, California; Rosemary MELVILLE, in her        Immigration Case
   Official Capacity, District Director, U.S. Department
17  of Homeland Security, Citizenship and Immigration  USCIS No.: A75-833-419
   Services, San Francisco, California; Emilio T.
18  GONZALEZ, in his official Capacity, Director, U.S.
   Citizenship and Immigration Services, Department of
19  Homeland Security; Michael CHERTOFF, in his
   Official Capacity, Secretary, U.S. Department of
20  Homeland Security; Peter D. KEISLER, in his Official
   Capacity, Acting Attorney General, U.S. Department
21  of Justice; and Robert S. MUELLER, III, in his
   Official Capacity, Director, Federal Bureau of
22  Investigation

23        Respondents.

24

25

26

27

28

   Dec. of Beth Feinberg                              No. _____

## DECLARATION OF BETH FEINBERG

I, Beth Feinberg, hereby declare the following:

1.  I am an Attorney at Van Der Hout, Brigagliano and Nightingale, LLP, 180 Sutter Street, Fifth Floor, San Francisco, CA 94104. I make this declaration in support of Petitioner Yihong Gong's ("Petitioner") Petition for Naturalization. Unless otherwise stated, I received the documents described from Petitioner in connection with Van Der Hout, Brigagliano and Nightingale's representation of him in this case.

2.  Petitioner is a forty-four-year-old citizen and national of China. He has been a lawful permanent resident of the United States since September 22, 1997, based on an approved Immigrant Petition for Alien Worker (Form I-140) that was filed on his behalf by his employer at the time, Carnegie Mellon University. A copy of Petitioner's lawful permanent resident card and I-140 approval notice are attached as Exhibit A.

3.  Petitioner filed an Application for Naturalization (Form N-400) with United States Citizenship and Immigration Services ("USCIS") on January 21, 2004. He appeared for fingerprinting in connection with that application on March 2, 2004. A copy of Petitioner's application for naturalization and receipt notice (Form I-797), as well as evidence that he was fingerprinted on March 2, 2004, are attached as Exhibit B.

4.  Petitioner appeared for a naturalization interview in San Jose, California on September 15, 2004. At the conclusion of the interview, the officer informed Petitioner that he passed the required tests for the examination but that a decision could not yet be made on his application because an "FBI Name Check" had not been completed. A copy of the Naturalization Interview Results is attached as Exhibit C.

5.  Petitioner has submitted three separate inquiries to the Federal Bureau of Investigation ("FBI") regarding the status of his name check, on December 9, 2004, April 28,

Dec. of Beth Feinberg                                    1                                    No. _____

1    2005, and March 7, 2007. To date, he has received no response to these inquiries from the FBI.

2    A copy of these requests is attached as Exhibit D.

3        6.  Petitioner is married to a United States citizen named Xudong Xie. Ms. Xie, also a

4    native of China, filed an Application for Naturalization (Form N-400) with USCIS on January

5    21, 2004, the same day as Petitioner. Ms. Xie appeared for a naturalization interview on

6

7    September 15, 2004, also the same day as Petitioner's interview, and Ms. Xie was recommended

8    for approval that same day. A copy of Ms. Xie's Application for Naturalization Receipt Notice

9    and Certificate of Naturalization are attached as Exhibit E.

10       7.  Well over 120 days have elapsed since Petitioner's September 15, 2004 naturalization

11   interview. His application for naturalization has not yet been adjudicated.

12

13   I declare under penalty of perjury that the above information is true and correct to the best of my

14   knowledge. Executed this 21st day of September, 2007 at San Francisco, California.

15

16

17

18                                                    Beth Feinberg
                                                       Declarant
19

20

21

22

23

24

25

26

27

28



EXHIBIT A

# UNITED STATES OF AMERICA

| | | | |
|---|---|---|---|
| RECEIPT NUMBER EAC-97-217-51659 | | I-140 IMMIGRANT PETITION FOR ALIEN WORKER | |
| RECEIPT DATE August 14, 1997 | PRIORITY DATE August 11, 1997 | PETITIONER CARNEGIE MELLON UNIV | |
| NOTICE DATE August 26, 1997 | PAGE 1 of 1 | BENEFICIARY GONG, YIHONG | |

CARNEGIE MELLON UNIV
C/O HOWARD D WACTLAR ROBOTICS INST
SMITH HALL 5000 FORBES AVENUE
PITTSBURGH PA 15213-3890

Notice Type: Approval Notice
Section: Outstanding Professor or
Researcher, Sec.203(b)(1)(B)

Courtesy Copy: Original sent to: LEBOWITZ, LAWRENCE M

This courtesy notice is to advise you of action taken on this case. The official notice has been mailed to the attorney or representative indicated above. Any relevant documentation included in the notice was also mailed as part of the official notice.

The above petition has been approved. The petition indicates that the person for whom you are petitioning is in the United States and will apply for adjustment of status. He or she should contact the local INS office to obtain Form I-485, Application for Permanent Residence. A copy of this notice should be submitted with the application.

If the person for whom you are petitioning decides to apply for a visa outside the United States based on this petition, the petitioner should file Form I-824, Application for Action on an Approved Application or Petition, with this office to request that we send the petition to the Department of State National Visa Center (NVC).

The NVC processes all approved immigrant visa petitions that require consular action. The NVC also determines which consular post is the appropriate consulate to complete visa processing. It will then forward the approved petition to that consulate.

This courtesy copy may not be used in lieu of official notification to demonstrate the filing or processing action taken on this case.

THIS FORM IS NOT A VISA NOR MAY IT BE USED IN PLACE OF A VISA.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
IMMIGRATION & NATURALIZATION SERVICE
VERMONT SERVICE CENTER
75 LOWER WELDEN STREET
SAINT ALBANS VT 05479-0001
Customer Service Telephone: (802) 527-3160

THE UNITED STATES OF AMERICA

| Receipt | | | NOTICE DATE January 28, 2004 |
|---|---|---|---|
| CASE TYPE N400   Application For Naturalization | | | INS A# A 075 833 419 |
| APPLICATION NUMBER WSC*001072537 | RECEIVED DATE January 21, 2004 | PRIORITY DATE January 21, 2004 | PAGE 1 of 1 |
| APPLICANT NAME AND MAILING ADDRESS | | PAYMENT INFORMATION: | |

YIHONG GONG
11902 PLACER SPRING CT
CUPERTINO CA 95014

Single Application Fee:      $310.00
Total Balance Due:          $0.00

lılılıllllılıllllll

The above application has been received by our office and is in process. Our records indicate your personal information is as follows:

Date of Birth:          July 15, 1963
Address Where You Live:  11902 PLACER SPRING CT
                         CUPERTINO CA 95014

Please verify your personal information listed above and immediately notify our office at the address or phone number listed below if there are any changes.

You will be notified of the date and place of your interview when you have been scheduled by the local INS office. You should expect to be notified within 365 days of this notice.

If you have any questions or comments regarding this notice or the status of your case, please contact our office at the below address or customer service number. You will be notified separately about any other cases you may have filed.

If you have other questions about possible immigration benefits and services, filing information, or INS forms, please call the INS National Customer Service Center (NCSC) at 1-800-375-5283. If you are hearing impaired, please call the NCSC TDD at 1-800-767-1833.

If you have access to the Internet, you can also visit INS at www.ins.usdoj.gov. Here you can find valuable information about forms and filing instructions, and about general immigration services and benefits. At present, this site does not provide case status information.

INS Office Address:
US IMMIGRATION AND NATURALIZATION SERVICE
CALIFORNIA SERVICE CENTER
P.O BOX 10400
LAGUNA NIGUEL CA 92607-

INS Customer Service Number:
(800) 375-5283

APPLICANT COPY

WSC$001161165   WSCG000048904



EXHIBIT B

Form 1797 (Rev. 09/07/93)N

U.S. Department of Justice
Immigration and Naturalization Service

OMB No. 1115-0009
**Application for Naturalization**

Print clearly or type your answers using CAPITAL letters. Failure to print clearly may delay your application. Use black or blue ink.

| Part 1. Your Name *(The Person Applying for Naturalization)* |
| --- |

A. Your current legal name.

Family Name *(Last Name)*

| GONG |
| --- |

| Given Name *(First Name)* | Full Middle Name *(If applicable)* |
| --- | --- |
| YIHONG | N/A |

B. Your name exactly as it appears on your Permanent Resident Card.

Family Name *(Last Name)*

| GONG |
| --- |

| Given Name *(First Name)* | Full Middle Name *(If applicable)* |
| --- | --- |
| YIHONG | N/A |

C. If you have ever used other names, provide them below.

| Family Name *(Last Name)* | Given Name *(First Name)* | Middle Name |
| --- | --- | --- |
| N/A | | |
| | | |
| | | |

D. Name change *(optional)*

Please read the Instructions before you decide whether to change your name.

1. Would you like to legally change your name?     ☐ Yes   ☑ No
2. If "Yes," print the new name you would like to use. Do not use initials or abbreviations when writing your new name.

Family Name *(Last Name)*

| |
| --- |

| Given Name *(First Name)* | Full Middle Name |
| --- | --- |
| | |

| Part 2. Information About Your Eligibility   *(Check Only One)* |
| --- |

I am at least 18 years old AND

A. ☑ I have been a Lawful Permanent Resident of the United States for at least 5 years.

B. ☐ I have been a Lawful Permanent Resident of the United States for at least 3 years, AND I have been married to and living with the same U.S. citizen for the last 3 years, AND my spouse has been a U.S. citizen for the last 3 years.

C. ☐ I am applying on the basis of qualifying military service.

D. ☐ Other *(Please explain)* _____

---

Write your INS "A"- number here:

A $\underline{0}$ $\underline{7}$ $\underline{5}$ $\underline{8}$ $\underline{3}$ $\underline{3}$ $\underline{4}$ $\underline{1}$ $\underline{9}$

**FOR INS USE ONLY**

| Bar Code | Date Stamp |
| --- | --- |
| | |

Remarks

Action

**Part 3. Information About You**

Write your INS "A"- number here:
A 0 7 5 8 3 3 4 1 9

A. Social Security Number
1 8 6 - 7 6 - 0 2 3 4

B. Date of Birth *(Month/Day/Year)*
0 7 / 1 5 / 1 9 6 3

C. Date You Became a Permanent Resident *(Month/Day/Year)*
0 9 / 0 8 / 1 9 9 8

D. Country of Birth
CHINA

E. Country of Nationality
CHINA

F. Are either of your parents U.S. citizens? *(if yes, see Instructions)*  ☐ Yes  ☑ No

G. What is your current marital status?  ☐ Single, Never Married  ☑ Married  ☐ Divorced  ☐ Widowed

☐ Marriage Annulled or Other *(Explain)* _____

H. Are you requesting a waiver of the English and/or U.S. History and Government requirements based on a disability or impairment and attaching a Form N-648 with your application?  ☐ Yes  ☑ No

I. Are you requesting an accommodation to the naturalization process because of a disability or impairment? *(See Instructions for some examples of accommodations )*  ☐ Yes  ☑ No

If you answered "Yes", check the box below that applies:

☐ I am deaf or hearing impaired and need a sign language interpreter who uses the following language: _____

☐ I use a wheelchair.

☐ I am blind or sight impaired.

☐ I will need another type of accommodation. Please explain: _____

**Part 4. Addresses and Telephone Numbers**

A. Home Address - Street Number and Name *(Do NOT write a P.O. Box in this space)*          Apartment Number

11902 PLACER SPRING COURT

| City | County | State | ZIP Code | Country |
|------|--------|-------|----------|---------|
| CUPERTINO | SANTA CLARA | CALIFORNIA | 95014 | U.S.A. |

B. Care of          Mailing Address - Street Number and Name *(If different from home address)*          Apartment Number

SAME

| City | State | ZIP Code | Country |
|------|-------|----------|---------|
|      |       |          |         |

C. Daytime Phone Number *(If any)*
(408 ) 373-2007

Evening Phone Number *(If any)*
(408 ) 861-9526

E-mail Address *(If any)*
YGONGCA@YAHOO.COM

**Part 5. Information for Criminal Records Search**

Write your INS "A"- number here:
A | 0 | 7 | 5 | 8 | 3 | 3 | 4 | 1 | 9

Note: The categories below are those required by the FBI. See Instructions for more information.

A. Gender

☑ Male    ☐ Female

B. Height

5 Feet 11 Inches

C. Weight

147.0 Pounds

D. Are you Hispanic or Latino?    ☐ Yes    ☑ No

E. Race *(Select one or more.)*

☐ White    ☑ Asian    ☐ Black or African American    ☐ American Indian or Alaskan Native    ☐ Native Hawaiian or Other Pacific Islander

F. Hair color

☑ Black    ☐ Brown    ☐ Blonde    ☐ Gray    ☐ White    ☐ Red    ☐ Sandy    ☐ Bald (No Hair)

G. Eye color

☑ Brown    ☐ Blue    ☐ Green    ☐ Hazel    ☐ Gray    ☐ Black    ☐ Pink    ☐ Maroon    ☐ Other

**Part 6. Information About Your Residence and Employment**

A. Where have you lived during the last 5 years? Begin with where you live now and then list every place you lived for the last 5 years. If you need more space, use a separate sheet of paper.

| Street Number and Name, Apartment Number, City, State, Zip Code and Country | Dates (Month/Year) | |
|---|---|---|
| | From | To |
| Current Home Address - Same as Part 4.A | 0 3 / 2 0 0 2 | Present |
| 503 ALBERTA AVENUE, SUNNYVALE, CA 94087, U.S.A. | 0 7 / 1 9 9 9 | 0 3 / 2 0 0 2 |
| 10648 Maplewood Road, #D, Cupertino, CA 95014, U.S.A. --- | 0 1 / 1 9 9 9 | 0 6 / 1 9 9 9 |
| | __ / __ __ __ __ | __ / __ __ __ __ |
| | __ / __ __ __ __ | __ / __ __ __ __ |

B. Where have you worked (or, if you were a student, what schools did you attend) during the last 5 years? Include military service. Begin with your current or latest employer and then list every place you have worked or studied for the last 5 years. If you need more space, use a separate sheet of paper.

| Employer or School Name | Employer or School Address *(Street, City and State)* | Dates (Month/Year) | | Your Occupation |
|---|---|---|---|---|
| | | From | To | |
| NEC LABORATORIES AMERICA, INC. | 10080 NORTH WOLFE ROAD, CUPERTINO, CA 95014 | 0 1 / 1 9 9 9 | __ / __ __ __ __ | RESEARCHER |
| CARNEGIE MELLON UNIVERSITY | 5000 FORBES AVENUE, PITTSBURGH, PA 15213 | 0 5 / 1 9 9 6 | 1 2 / 1 9 9 8 | SCIENTIST |
| | | __ / __ __ __ __ | __ / __ __ __ __ | |
| | | __ / __ __ __ __ | __ / __ __ __ __ | |
| | | __ / __ __ __ __ | __ / __ __ __ __ | |

**Part 7. Time Outside the United States**
*(Including Trips to Canada, Mexico, and the Caribbean Islands)*

Write your INS "A"- number here:
A 0 7 5 8 3 3 4 1 9

A. How many total days did you spend outside of the United States during the past 5 years?    131    days

B. How many trips of 24 hours or more have you taken outside of the United States during the past 5 years?    12    trips

C. List below all the trips of 24 hours or more that you have taken outside of the United States since becoming a Lawful Permanent Resident. Begin with your most recent trip. If you need more space, use a separate sheet of paper.

| Date You Left the United States *(Month/Day/Year)* | Date You Returned to the United States *(Month/Day/Year)* | Did Trip Last 6 Months or More? | Countries to Which You Traveled | Total Days Out of the United States |
|---|---|---|---|---|
| 1 2 /1 0 /2 0 0 3 | 0 1 /0 3 /2 0 0 4 | Yes ✓ No | Japan, Singapore, China | 24 |
| 1 0 /2 6 /2 0 0 3 | 1 1 /0 1 /2 0 0 3 | Yes ✓ No | Japan | 6 |
| 1 2 /2 2 /2 0 0 2 | 1 2 /2 8 /2 0 0 2 | Yes ✓ No | Caribbean islands | 6 |
| 1 0 /1 9 /2 0 0 2 | 1 0 /3 0 /2 0 0 2 | Yes ✓ No | Japan | 11 |
| 0 8 /1 0 /2 0 0 2 | 0 8 /3 1 /2 0 0 2 | Yes ✓ No | Finland, Germany, Swiss | 21 |
| 1 0 /2 7 /2 0 0 1 | 1 1 /0 7 /2 0 0 1 | Yes ✓ No | Japan | 11 |
| 0 8 /1 9 /2 0 0 1 | 0 8 /3 0 /2 0 0 1 | Yes ✓ No | Japan, China | 11 |
| 0 6 /2 0 /2 0 0 1 | 0 6 /2 9 /2 0 0 1 | Yes ✓ No | China | 9 |
| 0 9 /0 3 /2 0 0 0 | 0 9 /1 2 /2 0 0 0 | Yes ✓ No | Spain | 9 |
| 0 1 /1 7 /2 0 0 0 | 0 1 /2 4 /2 0 0 0 | Yes ✓ No | Japan, China | 7 |

---

**Part 8. Information About Your Marital History**

A. How many times have you been married (including annulled marriages)?    1    If you have NEVER been married, go to Part 9.

B. If you are now married, give the following information about your spouse:

1. Spouse's Family Name *(Last Name)*    Given Name *(First Name)*    Full Middle Name *(If applicable)*

XIE    XUDONG

2. Date of Birth *(Month/Day/Year)*    3. Date of Marriage *(Month/Day/Year)*    4. Spouse's Social Security Number

1 1 /1 9 /1 9 5 7    0 5 /1 0 /1 9 9 0    1 9 4 - 7 6 - 2 2 2 0

5. Home Address - Street Number and Name    Apartment Number

11902 PLACER SPRING COURT

City    State    ZIP Code

CUPERTINO    CALIFORNIA    95014

| Part 8.  Information About Your Marital History *(Continued)* | Write your INS "A"- number here:<br>A 0 7 5 8 3 3 4 1 9 |
|---|---|

C. Is your spouse a U.S. citizen?          ☐ Yes          ☑ No

D. If your spouse is a U.S. citizen, give the following information:

1. When did your spouse become a U.S. citizen?          ☐ At Birth          ☐ Other

If "Other," give the following information:

2. Date your spouse became a U.S. citizen          3. Place your spouse became a U.S. citizen *(Please see Instructions)*

_ _ / _ _ / _ _ _ _

City and State

E. If your spouse is NOT a U.S. citizen, give the following information :

1. Spouse's Country of Citizenship          2. Spouse's INS "A"- Number *(If applicable)*

CHINA          A 0 7 5 8 3 3 4 2 0

3. Spouse's Immigration Status

☑ Lawful Permanent Resident          ☐ Other _____

F. If you were married before, provide the following information about your prior spouse. If you have more than one previous
marriage, use a separate sheet of paper to provide the information requested in questions 1-5 below.

1. Prior Spouse's Family Name *(Last Name)*          Given Name *(First Name)*          Full Middle Name *(If applicable)*

N/A

2. Prior Spouse's Immigration Status          3. Date of Marriage *(Month/Day/Year)*          4. Date Marriage Ended *(Month/Day/Year)*

☐ U.S. Citizen          _ _ / _ _ / _ _ _ _          _ _ / _ _ / _ _ _ _

☐ Lawful Permanent Resident          5. How Marriage Ended

☐ Other _____          ☐ Divorce     ☐ Spouse Died     ☐ Other

G. How many times has your current spouse been married (including annulled marriages)?          ☐ 1

If your spouse has EVER been married before, give the following information about **your spouse's** prior marriage.
If your spouse has more than one previous marriage, use a separate sheet of paper to provide the information requested in questions
1 - 5 below.

1. Prior Spouse's Family Name *(Last Name)*          Given Name *(First Name)*          Full Middle Name *(If applicable)*

N/A

2. Prior Spouse's Immigration Status          3. Date of Marriage *(Month/Day/Year)*          4. Date Marriage Ended *(Month/Day/Year)*

☐ U.S. Citizen          _ _ / _ _ / _ _ _ _          _ _ / _ _ / _ _ _ _

☐ Lawful Permanent Resident          5. How Marriage Ended

☐ Other _____          ☐ Divorce     ☐ Spouse Died     ☐ Other

Part 9. Information About Your Children

Write your INS "A"- number here:
A 0 7 5 8 3 3 4 1 9

A. How many sons and daughters have you had? For more information on which sons and daughters you should include and how to complete this section, see the Instructions.

1

B. Provide the following information about all of your sons and daughters. If you need more space, use a separate sheet of paper.

| Full Name of Son or Daughter | Date of Birth (Month/Day/Year) | INS "A"- number (if child has one) | Country of Birth | Current Address (Street, City, State & Country) |
|---|---|---|---|---|
| XINGTING GONG | 1 0 / 2 3 / 1 9 9 3 | A 0 7 5 8 3 3 4 2 1 | SINGAPORE | WITH ME |
| | _ _ / _ _ / _ _ _ _ | A _ _ _ _ _ _ _ _ | | |
| | _ _ / _ _ / _ _ _ _ | A _ _ _ _ _ _ _ _ | | |
| | _ _ / _ _ / _ _ _ _ | A _ _ _ _ _ _ _ _ | | |
| | _ _ / _ _ / _ _ _ _ | A _ _ _ _ _ _ _ _ | | |
| | _ _ / _ _ / _ _ _ _ | A _ _ _ _ _ _ _ _ | | |
| | _ _ / _ _ / _ _ _ _ | A _ _ _ _ _ _ _ _ | | |
| | _ _ / _ _ / _ _ _ _ | A _ _ _ _ _ _ _ _ | | |

Part 10. Additional Questions

Please answer questions 1 through 14. If you answer "Yes" to any of these questions, include a written explanation with this form. Your written explanation should (1) explain why your answer was "Yes," and (2) provide any additional information that helps to explain your answer.

A. General Questions

1. Have you EVER claimed to be a U.S. citizen *(in writing or any other way)*?   ☐ Yes   ☑ No

2. Have you EVER registered to vote in any Federal, state, or local election in the United States?   ☐ Yes   ☑ No

3. Have you EVER voted in any Federal, state, or local election in the United States?   ☐ Yes   ☑ No

4. Since becoming a Lawful Permanent Resident, have you EVER failed to file a required Federal, state, or local tax return?   ☐ Yes   ☑ No

5. Do you owe any Federal, state, or local taxes that are overdue?   ☐ Yes   ☑ No

6. Do you have any title of nobility in any foreign country?   ☐ Yes   ☑ No

7. Have you ever been declared legally incompetent or been confined to a mental institution within the last 5 years?   ☐ Yes   ☑ No

**Part 10. Additional Questions** *(Continued)*

### B. Affiliations

8. a. Have you EVER been a member of or associated with any organization, association, fund, foundation. party. club, society, or similar group in the United States or in any other place? ☑ Yes ☐ No

   b. If you answered "Yes," list the name of each group below. If you need more space, attach the names of the other group(s) on a separate sheet of paper.

| Name of Group | Name of Group |
|---|---|
| 1. AMERICAN INSTITUTE OF ELECTRICAL AND ELECTRONIC ENGINEERING (IEEE) | 6. |
| 2. | 7. |
| 3. | 8. |
| 4. | 9. |
| 5. | 10. |

9. Have you EVER been a member of or in any way associated *(either directly or indirectly)* with:

   a. The Communist Party? ☐ Yes ☑ No

   b. Any other totalitarian party? ☐ Yes ☑ No

   c. A terrorist organization? ☐ Yes ☑ No

10. Have you EVER advocated *(either directly or indirectly)* the overthrow of any government by force or violence? ☐ Yes ☑ No

11. Have you EVER persecuted *(either directly or indirectly)* any person because of race, religion, national origin. membership in a particular social group, or political opinion? ☐ Yes ☑ No

12. Between March 23, 1933, and May 8, 1945, did you work for or associate in any way *(either directly or indirectly)* with:

   a. The Nazi government of Germany? ☐ Yes ☑ No

   b. Any government in any area (1) occupied by, (2) allied with, or (3) established with the help of the Nazi government of Germany? ☐ Yes ☑ No.

   c. Any German. Nazi, or S.S. military unit, paramilitary unit, self-defense unit, vigilante unit, citizen unit, police unit, government agency or office, extermination camp, concentration camp, prisoner of war camp, prison, labor camp, or transit camp? ☐ Yes ☑ No

### C. Continuous Residence

Since becoming a Lawful Permanent Resident of the United States:

13. Have you EVER called yourself a "nonresident" on a Federal, state, or local tax return? ☐ Yes ☑ No

14. Have you EVER failed to file a Federal, state, or local tax return because you considered yourself to be a "nonresident"? ☐ Yes ☑ No

| Part 10. Additional Questions *(Continued)* |
|---|

### D. Good Moral Character

For the purposes of this application, you must answer "Yes" to the following questions, if applicable, even if your records were sealed or otherwise cleared or if anyone, including a judge, law enforcement officer, or attorney, told you that you no longer have a record.

15. Have you EVER committed a crime or offense for which you were NOT arrested?  ☐ Yes  ☑ No

16. Have you EVER been arrested, cited, or detained by any law enforcement officer (including INS and military officers) for any reason?  ☐ Yes  ☑ No

17. Have you EVER been charged with committing any crime or offense?  ☐ Yes  ☑ No

18. Have you EVER been convicted of a crime or offense?  ☐ Yes  ☑ No

19. Have you EVER been placed in an alternative sentencing or a rehabilitative program (for example: diversion, deferred prosecution, withheld adjudication, deferred adjudication)?  ☐ Yes  ☑ No

20. Have you EVER received a suspended sentence, been placed on probation, or been paroled?  ☐ Yes  ☑ No

21. Have you EVER been in jail or prison?  ☐ Yes  ☑ No

If you answered "Yes" to any of questions 15 through 21, complete the following table. If you need more space, use a separate sheet of paper to give the same information.

| Why were you arrested, cited, detained, or charged? | Date arrested, cited, detained, or charged (Month/Day/Year) | Where were you arrested, cited, detained or charged? (City, State, Country) | Outcome or disposition of the arrest, citation, detention or charge (No charges filed, charges dismissed, jail, probation, etc.) |
|---|---|---|---|
| N/A | | | |
| | | | |
| | | | |

Answer questions 22 through 33. If you answer "Yes" to any of these questions, attach (1) your written explanation why your answer was "Yes," and (2) any additional information or documentation that helps explain your answer.

22. Have you EVER:

    a. been a habitual drunkard?  ☐ Yes  ☑ No

    b. been a prostitute, or procured anyone for prostitution?  ☐ Yes  ☑ No

    c. sold or smuggled controlled substances, illegal drugs or narcotics?  ☐ Yes  ☑ No

    d. been married to more than one person at the same time?  ☐ Yes  ☑ No

    e. helped anyone enter or try to enter the United States illegally?  ☐ Yes  ☑ No

    f. gambled illegally or received income from illegal gambling?  ☐ Yes  ☑ No

    g. failed to support your dependents or to pay alimony?  ☐ Yes  ☑ No

23. Have you EVER given false or misleading information to any U.S. government official while applying for any immigration benefit or to prevent deportation, exclusion, or removal?  ☐ Yes  ☑ No

24. Have you EVER lied to any U.S. government official to gain entry or admission into the United States?  ☐ Yes  ☑ No

| Part 10. Additional Questions *(Continued)* | Write your INS "A"- number here:<br>A  0  7  5  8  3  3  4  1  9 |

### E. Removal, Exclusion, and Deportation Proceedings

25. Are removal, exclusion, rescission or deportation proceedings pending against you?  ☐ Yes  ☑ No

26. Have you EVER been removed, excluded, or deported from the United States?  ☐ Yes  ☑ No

27. Have you EVER been ordered to be removed, excluded, or deported from the United States?  ☐ Yes  ☑ No

28. Have you EVER applied for any kind of relief from removal, exclusion, or deportation?  ☐ Yes  ☑ No

### F. Military Service

29. Have you EVER served in the U.S. Armed Forces?  ☐ Yes  ☑ No

30. Have you EVER left the United States to avoid being drafted into the U.S. Armed Forces?  ☐ Yes  ☑ No

31. Have you EVER applied for any kind of exemption from military service in the U.S. Armed Forces?  ☐ Yes  ☑ No

32. Have you EVER deserted from the U.S. Armed Forces?  ☐ Yes  ☑ No

### G. Selective Service Registration

33. Are you a male who lived in the United States at any time between your 18th and 26th birthdays
in any status except as a lawful nonimmigrant?  ☐ Yes  ☑ No

If you answered "NO", go on to question 34.

If you answered "YES", provide the information below.

If you answered "YES", but you did NOT register with the Selective Service System and are still under 26 years of age, you
must register before you apply for naturalization, so that you can complete the information below:

Date Registered (Month/Day/Year) [          ]          Selective Service Number  [ _ _ / _ _ _ _ _ _ _ / _ ]

If you answered "YES", but you did NOT register with the Selective Service and you are now 26 years old or older, attach a
statement explaining why you did not register.

### H. Oath Requirements *(See Part 14 for the text of the oath)*

Answer questions 34 through 39. If you answer "No" to any of these questions, attach (1) your written explanation why the answer was
"No" and (2) any additional information or documentation that helps to explain your answer.

34. Do you support the Constitution and form of government of the United States?  ☑ Yes  ☐ No

35. Do you understand the full Oath of Allegiance to the United States?  ☑ Yes  ☐ No

36. Are you willing to take the full Oath of Allegiance to the United States?  ☑ Yes  ☐ No

37. If the law requires it, are you willing to bear arms on behalf of the United States?  ☑ Yes  ☐ No

38. If the law requires it, are you willing to perform noncombatant services in the U.S. Armed Forces?  ☑ Yes  ☐ No

39. If the law requires it, are you willing to perform work of national importance under civilian
direction?  ☑ Yes  ☐ No

**Part 11. Your Signature**

Write your INS "A"- number here:
A 0 7 5 8 3 3 4 1 9

I certify, under penalty of perjury under the laws of the United States of America, that this application, and the evidence submitted with it, are all true and correct. I authorize the release of any information which INS needs to determine my eligibility for naturalization.

Your Signature                                                                                     Date *(Month/Day/Year)*

0 1 / 1 0 / 2 0 0 4

**Part 12. Signature of Person Who Prepared This Application for You *(if applicable)***

I declare under penalty of perjury that I prepared this application at the request of the above person. The answers provided are based on information of which I have personal knowledge and/or were provided to me by the above named person in response to the *exact questions* contained on this form.

Preparer's Printed Name                                     Preparer's Signature

Date *(Month/Day/Year)*    Preparer's Firm or Organization Name *(If applicable)*                Preparer's Daytime Phone Number

__/__/____                                                                                    (    )

Preparer's Address - Street Number and Name          City                                  State         ZIP Code

---

## Do Not Complete Parts 13 and 14 Until an INS Officer Instructs You To Do So

**Part 13. Signature at Interview**

I swear (affirm) and certify under penalty of perjury under the laws of the United States of America that I know that the contents of this application for naturalization subscribed by me, including corrections numbered 1 through ____ and the evidence submitted by me numbered pages 1 through ____ , are true and correct to the best of my knowledge and belief.

Subscribed to and sworn to (affirmed) before me

Officer's Printed Name or Stamp                     Date *(Month/Day/Year)*

Complete Signature of Applicant                     Officer's Signature

**Part 14. Oath of Allegiance**

If your application is approved, you will be scheduled for a public oath ceremony at which time you will be required to take the following oath of allegiance immediately prior to becoming a naturalized citizen. By signing , you acknowledge your willingness and ability to take this oath:

I hereby declare, on oath, that I absolutely and entirely renounce and abjure all allegiance and fidelity to any foreign prince, potentate, state, or sovereignty, of whom or which which I have heretofore been a subject or citizen;

that I will support and defend the Constitution and laws of the United States of America against all enemies, foreign and domestic;

that I will bear true faith and allegiance to the same;

that I will bear arms on behalf of the United States when required by the law;

that I will perform noncombatant service in the Armed Forces of the United States when required by the law;

that I will perform work of national importance under civilian direction when required by the law; and

that I take this obligation freely, without any mental reservation or purpose of evasion; so help me God.

Printed Name of Applicant                     Complete Signature of Applicant

Continuation of Part 7. Time Outside the United States
(Including Trips to Canada, Mexico, and the Caribbean Islands)

| Date You Left the United States (Month/Day/Year) | Date You Returned to The United States (Month/Day/Year) | Did Trip Last 6 Months or More? | Countries to Which You Traveled | Total Days Out of the United States |
|---|---|---|---|---|
| 07/13/1999 | 07/21/1999 | No | United Kingdom | 8 |
| 06/08/1999 | 06/16/1999 | No | Italy | 8 |

# DBI TENPRINTER Applicant Information Worksheet (AIW)

When you have completed this worksheet, turn it into the receptionist. Have this worksheet, your appointment notification letter and picture identification available.

NAME: _Geng_ _Yihong_
       Last        First        Middle        Suffix

DATE OF BIRTH: _1963_ _7_ _15_ PHONE #: _408-861-9526_
               Year    Month   Day

PLACE OF BIRTH: _China_ SEX: (Male or Female) _M_

RACE: Check the most appropriate code below:

____ American Indian or Alaskan Native    ____ Black    ____ White (Hispanic also check)

_V_ Asian or Pacific Island    ____ Unknown

HEIGHT: _5_ Feet _09_ Inches    WEIGHT: _145_ Pounds

EYE COLOR: Check the most appropriate code below:

_V_ Black ___Brown ____Green ____Gray ____Pink ___Hazel ___Blue _____Maroon

HAIR COLOR: Check the most appropriate code below:

_V_ Black ____Bald ____White ____Sandy ____Red ___Gray ___Blonde _____Brown

COUNTRY OF CITIZENSHIP: _China_

SOCIAL SECURITY NUMBER: _186_ _76_ _0234_

ALIEN REGISTRATION NUMBER: A _075-833-419_

LIST ANY OTHER NAMES YOU HAVE USED:
       _NA_
       Last        First        Middle        Suffix

RESIDENCE ADDRESS:

_11902 Placer Spring Ct._ _Cupertino_ _CA_ _95014_
Street number and name    Apartment #    City    State    Zip Code

REASON FOR FINGERPRINT APPLICATION: (I-485, I-589, I-600, I-821, N-400): _____

LOCAL AIW STAMP
FD-258 Completed at INS/ASC XJE/SAN JOSE
On: MAR 2 2004 By: _____
QC Check Completed By: _____

U.S. Department of Justice

Immigration and Citizenship Services

# Naturalization Interview Results

FBI FAX  202-324-3367  A#: 075 833 419
EMAIL  fbinncp@ic.fbi.com  full name, A#, birth date

On 9/15/2004, you were interviewed by INS Officer Zeman  408-918-3890

[X] You passed the tests of English and U.S. history and government.

[ ] You passed the test of U.S. history and government and the English language requirement was waived.

[ ] The Service has accepted your request for a Disability Exception. You are exempted from the requirement to demonstrate English language ability and/or a knowledge of U.S. history and government.

[ ] You will be given another opportunity to be tested on your ability to _____ speak / _____ read / _____ / write English.

[ ] You will be given another opportunity to be tested on your knowledge of U.S. history and government.

[ ] Please follow the instructions on the Form N-14.
[X] INS will send you a written decision about your application. FBI Name Check Pending

[ ] You did not pass the second and final test of your _____ English ability / _____ knowledge of U.S. history and government. You will not be rescheduled for another interview for this N-400. INS will send you a written decision about your application.

A)_____ Congratulations! Your application has been recommended for approval. At this time, it appears that you have established your eligibility for naturalization. If final approval is granted, you will be notified when and where to report for the Oath Ceremony.

B)_____ A decision cannot yet be made about your application.

It is very important that you:
✓ Notify INS if you change your address.
✓ Come to any scheduled interview.
✓ Submit all requested documents.
✓ Send any questions about this application in writing to the officer named above. Include your full name, A-number, and a copy of this paper.
✓ Go to any oath ceremony that you are scheduled to attend.
✓ Notify INS as soon as possible in writing if you cannot come to any scheduled interview or oath ceremony. Include a copy of this paper and a copy of the scheduling notice.

N-652 (Rev.12/7/99)Y

EXHIBIT C

Yihong Gong
11902 Placer Spring Ct.
Cupertino, CA 95014

Dear FBI Agent,

I am currently applying for U.S. citizenship, and was interviewed by an INS
officer more than three months ago. According to the INS officer, I have met all
the conditions and passed all the tests for the naturalization, but he is still waiting
for the FBI name check on me.

Today I am writing to ask you a favor. I will be very grateful if you could accelerate
my background checking process a bit, and send your investigation result to the INS
officer as soon as possible. It will be the biggest Christmas present for me to get my
naturalization application completed as soon as possible.

My personal information is as follows:

| Name: | Yihong Gong |
|-------|-------------|
| Address: | 11902 Placer Spring Ct. |
|  | Cupertino, CA 95014, U.S.A. |
| Email: | ygongca@comcast.net |
| INS A#: | 075-833-419 |
| SSN: | 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 |
| TEL: | 408-861-9526 |
| Cell: | 408-373-2007 |

Thank you very much for your attention. I am looking forward to a good news
from you in the near future.

Best regards,

Yihong Gong
December 9, 2004

**EXHIBIT** D

Yihong Gong
11902 Placer Spring Ct.
Cupertino, CA 95014

Dear FBI Officer,

More than one year ago (January 2004), I started the process of applying for the
U.S. citizenship. Last September, I was interviewed by an INS officer, and the INS
officer told me that I had met all the conditions and passed all the tests for the
naturalization, but he was still waiting for the FBI name check on me.

Today I am writing to ask you a favor. I will be very grateful if you can accelerate my
background checking process, and send your investigation result to the INS officer
AS SOON AS POSSIBLE. My application for the U.S. citizenship has been lasting
for more than one year. By seeing my wife and other applicants who started the
application process later than me getting their U.S. passports one after another, I can't
help but feeling confused and frustrated.

My personal information is as follows:

| Name: | Yihong Gong |
|-------|-------------|
| Address: | 11902 Placer Spring Ct. |
| | Cupertino, CA 95014, U.S.A. |
| Email: | ygongca@comcast.net |
| INS A#: | 075-833-419 |
| SSN: | 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 |
| TEL: | 408-861-9526 |
| Cell: | 408-373-2007 |

Thank you very much for your attention. I am looking forward to a good news
from you in the near future. An email updating me of the latest status of my
application will be greatly appreciated.

Best regards,

Yihong Gong
April 28, 2005

## Yihong Gong

From:    Yihong Gong [yihongca@comcast.net]

Sent:    Tuesday, March 07, 2006 12:58 PM

To:      fbinncp@ic.fbi.com

Cc:      yihongca@comcast.net

Subject: Name Check Status

Dear Person in Charge,

! am writing to ask for your update on my name check status.

I have been applying for the U.S. citizenship since the beginning of 2004.
On 9/20/04, I passed all the tests and the interview for the naturalization,
but the naturalization officer told me that he is still waiting for the FBI
name check on me.

On 12/9/2004, 4/28/2005, I faxed you twice to ask for my name check status,
all ended up with no response. Today, I am sending this email again
to ask for your update. My personal information is as follows:

        Name: Yihong Gong
        Address: 12206 Vista Arroyo Ct, Saratoga, CA 95070
        INS A#: 075-833-419
        SSN:   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
        DOB:   07/15/1963
        TEL:   408-861-9526
        CELL:  408-373-2007

Please, Please, update me of my name check status at your earliest convenience.

I look forward to your reply.
-Yihong Gong

| Receipt | | | NOTICE DATE January 28, 2004 |
|---|---|---|---|
| CASE TYPE N400 Application For Naturalization | | | INS A# A 075 833 420 |
| APPLICATION NUMBER WSC*001072538 | RECEIVED DATE January 21, 2004 | PRIORITY DATE January 21, 2004 | PAGE 1 of 1 |

APPLICANT NAME AND MAILING ADDRESS
XUDONG XIE
11902 PLACER SPRING CT
CUPERTINO CA 95014

PAYMENT INFORMATION:

Single Application Fee:    $310.00
Total Balance Due:    $0.00

lludddlhundldal

The above application has been received by our office and is in process. Our records indicate your personal information is as follows:

Date of Birth:        November 19, 1957
Address Where You Live: 11902 PLACER SPRING CT
                      CUPERTINO CA 95014

Please verify your personal information listed above and immediately notify our office at the address or phone number listed below if there are any changes.

You will be notified of the date and place of your interview when you have been scheduled by the local INS office. You should expect to be notified within 365 days of this notice.

If you have any questions or comments regarding this notice or the status of your case, please contact our office at the below address or customer service number. You will be notified separately about any other cases you may have filed.

If you have other questions about possible immigration benefits and services, filing information, or INS forms, please call the INS National Customer Service Center (NCSC) at 1-800-375-5283. If you are hearing impaired, please call the NCSC TDD at 1-800-767-1833.

If you have access to the Internet, you can also visit INS at www.ins.usdoj.gov. Here you can find valuable information about forms and filing instructions, and about general immigration services and benefits. At present, this site does not provide case status information.

INS Office Address:
US IMMIGRATION AND NATURALIZATION SERVICE
CALIFORNIA SERVICE CENTER
P.O BOX 10400
LAGUNA NIGUEL CA 92607-

INS Customer Service Number:
(800) 375-5283

EXHIBIT E

APPLICANT COPY

WSC$001161165    WSCG000048904

FORM N-550 REV. 4/84

IT IS PUNISHABLE BY U. S. LAW TO COPY,
PRINT OR PHOTOGRAPH THIS CERTIFICATE,
WITHOUT LAWFUL AUTHORITY.

DEPARTMENT OF HOMELAND SECURITY

# UNITED STATES OF AMERICA

# CERTIFICATE OF NATURALIZATION

No. 28686501

*Personal description of holder as of date of naturalization:*

*Date of birth:* NOVEMBER 19, 1957

*Sex:* FEMALE

*Height:* 5 feet 1 inches

*Marital status:* MARRIED

*Country of former nationality:*
CHINA, PEOPLE'S REPUBLIC OF


Xudong
Xie

*INS Registration No.* A075833420

*I certify that the description given is true, and that the photograph affixed hereto is a likeness of me.*

_____
(Complete and true signature of holder)

*Be it known that, pursuant to an application filed with the Secretary of Homeland Security*

*as:* SAN JOSE, CALIFORNIA

*The Secretary having found that:*

## XUDONG XIE

*then residing in the United States, intends to reside in the United States when so required by the Naturalization Laws of the United States, and had in all other respects complied with the applicable provisions of such naturalization laws and was entitled to be admitted to citizenship, such person having taken the oath of allegiance in a ceremony conducted by the*

## U.S. CITIZENSHIP AND IMMIGRATION SERVICES

*at:* SAN JOSE, CALIFORNIA *on:* OCTOBER 20, 2004

*that such person is admitted as a citizen of the United States of America.*

_____
Director, U.S. Citizenship and Immigration Services

## PROOF OF SERVICE BY MAIL

I, Beth Feinberg, the undersigned, say:

I am over the age of eighteen years and not a party to the within action or proceedings; my business address is Van Der Hout, Brigagliano & Nightingale, LLP, 180 Sutter Street, Fifth Floor, San Francisco, CA 94104.

On September 21, 2007, I caused to be served the within:

### DECLARATION OF BETH FEINBERG IN SUPPORT OF PETITION FOR NATURALIZATION PURSUANT TO 8 U.S.C. § 1447(b)

on the opposing counsel by depositing one copy thereof, enclosed in a sealed envelope with postage fully pre-paid, in a mailbox regularly maintained by the United States Postal Service at San Francisco, California, addressed as follows:

> Civil Process Clerk
> Office of the United States Attorney
> Northern District of California
> 450 Golden Gate Ave.
> Tenth Floor, Box 36055
> San Francisco, CA 94102

Executed on September 21, 2007, at San Francisco, California. I declare under penalty of perjury, under the laws of the State of California that the foregoing is true and correct.

Beth Feinberg
Declarant