# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | 11-1-07 |
| Name of SERVER<br>Bryan Assink | TITLE<br>Legal Assistant |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): On September 21, 2007, summons was served by US Certified Mail, on the following: Civil Process Clerk, Office of the US Attorney, 450 Golden Gate Ave. 10th Floor, Box 36055, San Francisco, CA 94102; Frank Siciliano, Field Office Director, U.S.C.I.S., D.H.S., 1887 Monterey Rd., San Jose, CA 95112; Rosemary Melville, District Director, U.S.C.I.S., D.H.S., 630 Sansome St., San Francisco, CA 94111; Emilio T. Gonzalez Director, D.H.S., Washington, DC 20528; Michael Chertoff, Secretary, D.H.S., Washington, DC 20528; Peter D. Keisler, Acting Attorney General, U.S.D.O.J., 950 Pennsylvania Ave., Washington, DC 20530; Robert S. Mueller, III, Director, F.B.I. 935 Pennsylvania Ave., NW, Washington, DC 20535.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   November 1, 2007
                     Date

Signature of Server: Bryan Assink

Address of Server:
Van Der Hout, Brigagliano & Nightingale
180 Sutter St. 5th Floor
San Francisco, CA 94104

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure