1  SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
2  JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
3  Chief, Civil Division
MELANIE L. PROCTOR, CSBN 228971
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
6     Telephone: (415) 436-6730
FAX: (415) 436-6927
7
Attorneys for Respondents
8

9              UNITED STATES DISTRICT COURT

10           NORTHERN DISTRICT OF CALIFORNIA

11                 SAN JOSE DIVISION

12  YIHONG GONG,                        )
                                        )  No. C 07-4918 JW
13              Petitioner,             )
                                        )
14        v.                            )  **STIPULATION TO DISMISS; AND**
                                        )  **[PROPOSED] ORDER**
15  FRANK SICILIANO, in his Official Capacity, )
Field Office Director, U.S. Citizenship and )
16  Immigration Services, U.S. Department of )
Homeland Security, San Jose, California, *et al.*, )
17                                       )
                Respondents.            )
18  _____ )

19       Petitioner, by and through his attorneys of record, and Respondents, by and through their

20  attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-

21  entitled action without prejudice because the United States Citizenship and Immigration Services

22  agrees to approve Petitioner's application for naturalization within 30 days of the dismissal of this

23  action, provided the petitioner does not commit a disqualifying act in the interim.  The parties agree

24  that the Court will have jurisdiction to enforce this order if necessary.

25       Each of the parties shall bear their own costs and fees.

26  ///

27  ///

28

Stipulation to Dismiss
C07-4918 JW                    1

Dated: November 13, 2007                    Respectfully submitted,

                                            SCOTT N. SCHOOLS
                                            United States Attorney


                                            _____/s/_____
                                            MELANIE L. PROCTOR
                                            Assistant United States Attorney
                                            Attorney for Respondents


Dated: November 13, 2007                    _____/s/_____
                                            MARC VAN DER HOUT
                                            BETH FEINBERG
                                            Attorneys for Petitioner


                              **ORDER**

        Pursuant to stipulation, IT IS SO ORDERED.


Date:                                       _____
                                            JAMES WARE
                                            United States District Judge