SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
MELANIE L. PROCTOR, CSBN 228971
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6730
FAX: (415) 436-6927

Attorneys for Respondents

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| YIHONG GONG,<br><br>        Petitioner,<br><br>        v.<br><br>FRANK SICILIANO, in his Official Capacity,<br>Field Office Director, U.S. Citizenship and<br>Immigration Services, U.S. Department of<br>Homeland Security, San Jose, California, *et al.*,<br><br>        Respondents. | No. C 07-4918 JW<br><br>**STIPULATION TO DISMISS; AND<br>[PROPOSED] ORDER** |

Petitioner, by and through his attorneys of record, and Respondents, by and through their

attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-

entitled action without prejudice because the United States Citizenship and Immigration Services

agrees to approve Petitioner's application for naturalization within 30 days of the dismissal of this

action, provided the petitioner does not commit a disqualifying act in the interim.  The parties agree

that the Court will have jurisdiction to enforce this order if necessary.

Each of the parties shall bear their own costs and fees.

///

///

Stipulation to Dismiss
C07-4918 JW                                        1

1 | Dated: November 13, 2007                    Respectfully submitted,

2 | SCOTT N. SCHOOLS
    United States Attorney

3 |

4 |

5 |                                             _____/s/_____
                                             MELANIE L. PROCTOR

6 | Assistant United States Attorney
    Attorney for Respondents

7 |

8 | Dated: November 13, 2007                    _____/s/_____
                                             MARC VAN DER HOUT

9 | BETH FEINBERG

10 | Attorneys for Petitioner

11 |

12 |                              **ORDER**

13 |

14 | Pursuant to stipulation, IT IS SO ORDERED.
    All deadlines and hearings before the Court are terminated.

15 | The Clerk shall close the file.

16 | Date:     November 14, 2007        _____
                                             JAMES WARE

17 | United States District Judge

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |

Stipulation to Dismiss
C07-4918 JW                              2